# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Denish Joseph Henry,

    Petitioner,

v.

Kevin Raycraft, Acting Director of Immigration Customs Enforcement and Removal Operations, Detroit Field Office; Kristi Noem, Secretary of the Department of Homeland Security; Pamela Bondi, United States Attorney General, and Executive Office for Immigration Review,

    Respondents.

Civil No. 25-13679

Honorable Brandy R. McMillion
Mag. Judge David R. Grand

## Stipulated Order of Voluntary Dismissal

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  December 2, 2025

                                                    s/Brandy R. McMillion
                                                    Hon. Brandy R. McMillion
                                                    United States District Judge

**Stipulated and Agreed to By:**

| | |
|---|---|
| JAD Law PLLC | Jerome F. Gorgon <br> United States Attorney |
| */s/ Joseph Williams (w/ consent)* <br> Joseph Williams (P88177) <br> 5700 Crooks Rd. <br> #200 <br> Troy, Michigan 48098 <br> (855) 443-8523 <br> josephwilliams@jadlawpllc.com | */s/ Zak Toomey* <br> Zak Toomey (MO61618) <br> Assistant United States Attorney <br> 211 W. Fort Street, Suite 2001 <br> Detroit, Michigan 48226 <br> (313) 226-9617 <br> zak.toomey@usdoj.gov |
| *Attorneys for Petitioner* | *Attorneys for Respondents* |
| Dated: December 1, 2025 | Dated: December 1, 2025 |